[No. 72712-5-I.   Division One.   March 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS WAYNE RODGERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09761-0, Monica J. Benton, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Leach, JJ.

[No. 72907-1-I.   Division One.   March 28, 2016.]

LUCKY STAR ENTERPRISES, LLC, *Respondent*, v. KENT HILL PLAZA, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-08172-5, Sean Patrick O'Donnell, J., entered December 18, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Leach, JJ.

[No. 73208-1-I.   Division One.   March 28, 2016.]

KENNETH EMERSON ET AL., *Appellants*, v. ISLAND COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-41868-1, Kimberley Prochnau, J., entered January 23, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ. Now published at 194 Wn. App. 1.

[No. 73634-5-I.   Division One.   March 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER LYNN MOTHERSHEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01509-2, Linda CJ Lee, J., entered November 15, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.